ACCEPTED
14-14-00748-CR
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
3/3/2015 1:46:54 PM
CHRISTOPHER PRIN
CLERK

# IN THE COURT OF APPEALS FOR THE
## FOURTEENTH DISTRICT AT HOUSTON TEXAS
### NO. 14-14-00748-CR

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

3/3/2015 1:46:54 PM

CHRISTOPHER A. PRINE
Clerk

**JEOVANNY FRANCISCO AGUIRRE**
Appellant,

On Appeal From the 268th
Judicial District Court of
Fort Bend County, Texas
Cause #12-DCR-061404

**THE STATE OF TEXAS**
Appellee

---

## APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

---

COMES NOW the Appellant, by and through his undersigned counsel, and offers this, his Second Motion for Extension of Time to File Appellant's Brief in this cause. In support thereof the Appellant would show the Court the following:

1.    On February 12, 2015, Appellant's counsel filed Appellant's First Motion for Extension of Time to File Appellant's Brief in this cause. The Motion was granted, and the deadline for filing Appellant's brief was extended until March 4, 2015.

2.    On March 2, 2015, Appellant's counsel had a blood vessel in her eye erupt, causing her eye to bleed and causing her to have an emergency appointment with Dr. Amjad P. Khokhar, MD, at the Sugarland Eye and Laser Center.

2.    As a result, Appellant's counsel requests a short extension of time to prepare this brief.

3.    This request is made only in the interest of justice.

FOR THESE REASONS, THE APPELLANT, by and through his attorney of record, respectfully prays that this Honorable Court will grant Appellant's request for a short extension of time with an additional seven to ten days to file Appellant's brief.

Respectfully submitted,

LEIGH LOVE
SBN# 24058364
911 FRONT STREET
RICHMOND, TEXAS 77469
832.471.6904 TELEPHONE
832.553.7765 FAX
LEIGH@LOVEDUCOTELAW.COM
COUNSEL FOR APPELLANT

## CERTIFICATE OF SERVICE

I HEREBY AFFIRM a true and correct copy of the forgoing was delivered to the Appellate Division, District Attorney's Office for Fort Bend County, Texas, at 1422 Eugene Heimann Circle, Richmond, Texas 77469 via hand delivery on March 3rd, 2015. A copy was also forwarded to the Appellant at his last known address.

LEIGH LOVE
COUNSEL FOR APPELLANT